## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, Teddy Lin, as Chief Executive Officer of Meitav Dash Provident and Pension Fund Ltd., on behalf of Meitav DS Provident Funds and Pension Ltd. ("Meitav DS Provident"), make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against DXC Technology Company ("DXC" or the "Company") and authorize the filing of a motion on behalf of Meitav DS Provident for appointment as lead plaintiff.

3.  Meitav DS Provident did not purchase or acquire DXC securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  Meitav DS Provident is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired DXC securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the transactions listed in Schedule A reflect all of Meitav DS Provident's transactions in DXC securities on the New York Stock Exchange during the Class Period. To the best of my current knowledge, the transactions listed in Schedule B reflect all of Meitav DS Provident's transactions in DXC securities on the Tel Aviv Stock Exchange during the Class Period.

6.  During the three-year period preceding the date on which this Certification is signed,

Meitav DS Provident has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *In re Sanofi Securities Litigation*, 1:14-cv-09624-PKC (S.D.N.Y. Dec. 4, 2014);
- *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926-JPO (S.D.N.Y. Oct. 11, 2016); and
- *Roofer's Pension Fund, V. Papa et al*, 2:16-cv-02805 (D.N.J. May 18, 2016).

7. Meitav DS Provident agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

**Executed** 1/17/2019
(Date)

_____
(Signature)

Teddy Lin
(Type or Print Name)

**Chief Executive Officer,
Meitav Dash Provident and Pension Fund Ltd.**

**DXC Technology Company (DXC)**  **Meitav DS Provident Funds and Pension Ltd ("Meitav DS Provident")**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/30/2018 | Purchase | 49,900 | $70.3158 |