## UNITED STATES DISTRICT COURT
## CIVIL MOTION MINUTES

Date: **7/19/2019**  　　　　　　　　　　Judge:  **Trenga/MSN**
Time: **1:13 - 2:00**  　　　　　　　　　Reporter: **Rebecca Monroe (Casamo)**

Civil Action Number: **1:18-cv-1599**

### IN RE DXC TECHNOLOGY COMPANY SECURITIES LITIGATION

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Gregg Levin** | **Stephen Barry** |
| **Steven Toll** | **Jamie Wine** |
| **Jesse Jensen** | **Kevin McDonough** |
| **John Browne** | |
| **Aaron Book** | |

Motion to/for:
[53] Motion to Dismiss for Failure to State a Claim by deft.

Argued and
(  ) Granted　　　(  ) Denied　　　(  ) Granted in part/Denied in part
(**X**) Taken Under Advisement　　　(  ) Continued to

(**X**) Order to Follow